IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN GIDDIENS,** | : | Case No. 2:12-cv-02624-LDD |
| **on behalf of himself and all others** | : | |
| **similarly situated** | : | **CLASS ACTION** |
| | : | |
| **Plaintiff,** | : | |
| **vs.** | : | |
| | : | |
| **LEXISNEXIS RISK SOLUTIONS, INC.** | : | |
| | : | |
| **Defendant.** | : | |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT**
**LEXISNEXIS RISK SOLUTIONS, INC.**

Pursuant to Fed. R. Civ. P. 7.1, and in order to enable the Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel certifies that:

☐ The nongovernmental corporate party, LexisNexis Risk Solutions, Inc., in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☒ The nongovernmental corporate party, LexisNexis Risk Solutions, Inc. ("LNRSI"), in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more to its stock:

LexisNexis Risk Assets Inc. is LNRSI's direct corporate parent.

Reed Elsevier PLC and Reed Elsevier NV are public-held entities that own, through a number of intermediate subsidiaries, 100% of the shares of Reed Elsevier Inc. which is LNRSI's ultimate corporate parent. Interests in Reed Elsevier PLC are traded as American Depository Receipts on the New York Stock Exchange under the symbol RUK and interests in Reed Elsevier NV are traded as American Depository Receipts on the New York Stock Exchange under the symbol ENL.

Date: June 14, 2012								HANGLEY ARONCHICK SEGAL PUDLIN
										& SCHILLER, P.C.


										By: /s/ Sharon F. McKee
										Mark A. Aronchick (I.D. No. 20261)
										maronchick@hangley.com
										Sharon F. McKee (I.D. No. 81499)
										smckee@hangley.com
										One Logan Square, 27th Floor
										Philadelphia, Pennsylvania 19103
										Telephone: (215) 568-6200
										Facsimile: (215) 568-0300

										Attorneys for Defendant
										LexisNexis Risk Solutions, Inc.

**CERTIFICATE OF SERVICE**

I certify that on the 14th day of June, 2012, I electronically filed the foregoing Corporate Disclosure Statement of LexisNexis Risk Solutions, Inc. with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants:

James A. Francis, Esquire
David A. Searles, Esquire
Erin A. Novak, Esquire
FRANCIS & MAILMAN, P.C.
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110

Sharon M. Dietrich, Esquire
Brendan Lynch, Esquire
COMMUNITY LEGAL SERVICES, INC.
1424 Chestnut Street
Philadelphia, PA 19102

Attorneys for Plaintiff and the Class

/s/ Sharon F. McKee
Sharon F. McKee