UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN GIDDIENS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LEXISNEXIS RISK SOLUTIONS, INC.,<br><br>Defendants. | Case No. 2:12-cv-02624-LDD |

## ANSWER TO PURPORTED CLASS ACTION COMPLAINT

### I.      PRELIMINARY STATEMENT

1.      LexisNexis admits that plaintiff purports to bring this motion as a class action for alleged violations of the Fair Credit Reporting Act, 15 U.S.C. §§ 168, *et seq.* and otherwise denies the allegations of this paragraph of the Complaint.

### II.     JURISDICTION AND VENUE

2.      LexisNexis states that no response to the allegations of this paragraph is necessary as they consist solely of legal conclusions, and otherwise denies the allegations of this paragraph of the Complaint.

3.      LexisNexis states that no response to the allegations of this paragraph is necessary as they consist solely of legal conclusions, and otherwise denies the allegations of this paragraph of the Complaint.

### III.    PARTIES

4.      LexisNexis lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph of the Complaint and on that basis denies them.

5. LexisNexis admits that its affiliate, LexisNexis Screening Solutions Inc. ("LNSSI") prepares and sells various reports at the request of prospective employers, and that in the two years prior to the filing of this action, LNSSI has operated in that capacity as a consumer reporting agency within the meaning of the FCRA.  LexisNexis also admits that it regularly does business in this state and that it has a principal place of business as noted.  Except as expressly admitted, LexisNexis denies the allegations of this paragraph of the Complaint.

## IV. FACTUAL ALLEGATIONS

### A. Defendant's Practices As A Consumer Reporting Agency And Furnisher Of Consumer Reports For Employment Purposes

6. LexisNexis admits that in the two years prior to this action the entity that provided the relevant employment report in this action operated in that capacity as a consumer reporting agency within the meaning of the FCRA, and except as expressly admitted otherwise denies the allegations of this paragraph of the Complaint.

7. LexisNexis states that no response to the allegations of this paragraph is necessary as they consist solely of legal conclusions, and otherwise denies the allegations of this paragraph of the Complaint.

8. LexisNexis denies the allegations in this paragraph of the Complaint.

9. LexisNexis admits that the entity that provided the relevant employment report in this action prepares and sells consumer files at the request of prospective employers and otherwise denies the remaining allegations in this paragraph of the Complaint.

10. LexisNexis states that no response to the allegations of this paragraph is necessary as they consist solely of legal conclusions, and otherwise denies the allegations of this paragraph of the Complaint.

11. LexisNexis denies the allegations in this paragraph of the Complaint.

12. LexisNexis states that no response to the allegations of this paragraph is necessary as they consist solely of legal conclusions, and otherwise denies the allegations of this paragraph of the Complaint.

13. LexisNexis states that no response to the allegations of this paragraph is necessary as they consist solely of legal conclusions, and otherwise denies the allegations of this paragraph of the Complaint.

14. LexisNexis states that no response to the allegations of this paragraph is necessary as they consist solely of legal conclusions, and otherwise denies the allegations of this paragraph of the Complaint.

15. LexisNexis denies the allegations in this paragraph of the Complaint.

16. LexisNexis denies the allegations in this paragraph of the Complaint.

17. LexisNexis denies the allegations in this paragraph of the Complaint.

### B.     The Experience Of The Representative Plaintiff

18. LexisNexis lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph of the Complaint and on that basis denies them.

19. LexisNexis lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph of the Complaint and on that basis denies them.

20. LexisNexis lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph of the Complaint and on that basis denies them.

21. LexisNexis lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph of the Complaint and on that basis denies them.

22. LexisNexis lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph of the Complaint and on that basis denies them.

23. LexisNexis lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph of the Complaint and on that basis denies them.

24. LexisNexis lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph of the Complaint and on that basis denies them.

25. LexisNexis lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph of the Complaint and on that basis denies them.

26. LexisNexis lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph of the Complaint and on that basis denies them.

27. LexisNexis lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph of the Complaint and on that basis denies them.

28. LexisNexis lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph of the Complaint and on that basis denies them.

29. LexisNexis lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph of the Complaint and on that basis denies them.

30. LexisNexis lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph of the Complaint and on that basis denies them.  (The next paragraph of the Complaint is mis-numbered paragraph 27, and this Answer follows the Complaint's numbering.)

27. LexisNexis lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph of the Complaint and on that basis denies them.

28. LexisNexis lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph of the Complaint and on that basis denies them.

29. LexisNexis lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph of the Complaint and on that basis denies them.

30. LexisNexis lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph of the Complaint and on that basis denies them.

31. LexisNexis lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph of the Complaint and on that basis denies them.

32. LexisNexis lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph of the Complaint and on that basis denies them.

33. LexisNexis lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph of the Complaint and on that basis denies them.

34. LexisNexis denies the allegations in this paragraph of the Complaint.

35. LexisNexis lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph of the Complaint and on that basis denies them.

36. LexisNexis admits that the referenced report refers to the "Court of Common Please" as the source of the expunged case, denies that the background report was "Defendant's," and otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph of the Complaint and on that basis denies them.

37. LexisNexis denies the allegations in this paragraph of the Complaint.

38. LexisNexis admits that counsel for Mr. Giddiens sent a letter to "LexisNexis Consumer Print Center" that purported to constitute a dispute of a consumer report, and otherwise denies the remaining allegations of this paragraph of the Complaint.

39. LexisNexis denies the allegations in this paragraph of the Complaint.

40. LexisNexis denies the allegations in this paragraph of the Complaint.

41. LexisNexis denies the allegations in this paragraph of the Complaint.

42. LexisNexis states that no response to the allegations of this paragraph is necessary as they consist solely of legal conclusions, and otherwise denies the allegations of this paragraph of the Complaint.

43. LexisNexis denies the allegations in this paragraph of the Complaint.

## V.   CLASS ACTION ALLEGATIONS

44. LexisNexis admits that plaintiff purports to seek to represent a class of individuals of the stated description, states that no response to the allegations of this paragraph is necessary as they consist solely of legal conclusions, and otherwise denies the allegations of this paragraph of the Complaint.

45. LexisNexis states that no response to the allegations of this paragraph is necessary as they consist solely of legal conclusions, and otherwise denies the allegations of this paragraph of the Complaint.

46. LexisNexis states that no response to the allegations of this paragraph is necessary as they consist solely of legal conclusions, and otherwise denies the allegations of this paragraph of the Complaint.

47. LexisNexis states that no response to the allegations of this paragraph is necessary as they consist solely of legal conclusions, and otherwise denies the allegations of this paragraph of the Complaint.

48. LexisNexis states that no response to the allegations of this paragraph is necessary as they consist solely of legal conclusions, and otherwise denies the allegations of this paragraph of the Complaint.

49. LexisNexis states that no response to the allegations of this paragraph is necessary as they consist solely of legal conclusions, and otherwise denies the allegations of this paragraph of the Complaint.

50. LexisNexis states that no response to the allegations of this paragraph is necessary as they consist solely of legal conclusions, and otherwise denies the allegations of this paragraph of the Complaint.

## VI. CAUSES OF ACTION

### COUNT ONE – FCRA § 1681e(b)

51. In response to this paragraph, LexisNexis realleges and incorporates by reference each preceding paragraph of this answer as if fully set forth herein.

52. LexisNexis denies the allegations in this paragraph of the Complaint.

### COUNT TWO – FCRA § 1681i

53. In response to this paragraph, LexisNexis realleges and incorporates by reference each preceding paragraph of this answer as if fully set forth herein.

54. LexisNexis denies the allegations in this paragraph of the Complaint.

### COUNT THREE-FCRA §1681k

55. LexisNexis denies the allegations in this paragraph of the Complaint.

## VII. JURY TRIAL DEMAND

56. LexisNexis states that no response to the allegations of this paragraph is necessary as they consist solely of legal conclusions, and otherwise denies the allegations of this paragraph of the Complaint.

Without admitting any of the allegations of the Complaint and without admitting or acknowledging that LexisNexis bears any burden of proof as to any of them, LexisNexis asserts the following affirmative defenses.  LexisNexis intends to rely upon any additional defenses that

become available or apparent during pretrial proceedings and discovery in this action and reserves the right to amend this answer to assert such further defenses.

## FIRST AFFIRMATIVE DEFENSE

1. The First Amended Complaint fails to state any claim upon which relief can be granted against either of the named LexisNexis Defendants, including in that the First Amended Complaint has included as a defendant a non-existent entity and entities that are unrelated to the conduct as alleged in the First Amended Complaint.

## SECOND AFFIRMATIVE DEFENSE

2. The First Amended Complaint fails to the extent Plaintiffs' claims are barred because LexisNexis is immune under the Communications Decency Act, 47 U.S.C. § 230 *et seq.*, or Plaintiffs' claims are otherwise preempted.

## THIRD AFFIRMATIVE DEFENSE

3. Plaintiffs failed to take reasonable steps to protect themselves from the damage, if any, alleged in the First Amended Complaint and failed to mitigate any such alleged damage.

## FOURTH AFFIRMATIVE DEFENSE

4. Plaintiffs' alleged damages, if any, are speculative or uncertain and therefore not compensable.

## REQUEST FOR RELIEF

WHEREFORE, LexisNexis requests relief as follows:

a. That Plaintiffs take nothing by reason of their Complaint; and

b. That judgment be rendered in favor of LexisNexis;

   c. That LexisNexis be awarded its costs of suit and attorney's fees incurred in defense of this action; and

   d. For such further relief as the Court deems appropriate.

Dated: July 30, 2012        Respectfully submitted,

             HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER, P.C.

             By: /s/ Sharon F. McKee
             Mark A. Aronchick (I.D. No. 20261)
             maronchick@hangley.com
             Sharon F. McKee (I.D. No. 81499)
             smckee@hangley.com
             One Logan Square, 27th Floor
             Philadelphia, Pennsylvania 19103
             Telephone: (215) 568-6200
             Facsimile: (215) 568-0300

             James McCabe (CA Bar No. 104686)
             MORRISON & FOERSTER LLP
             425 Market Street
             San Francisco, CA 94105-2482
             Telephone: 415.268.7000
             Facsimile: 415.268.7522

             Michael B. Miller (NY Bar No. 2449585)
             MORRISON & FOERSTER LLP
             1290 Avenue of the Americas
             New York, NY 10104-0050
             Telephone: 212.468.8000
             Facsimile: 212.468.7900

              Attorneys for Defendant
              LEXISNEXIS RISK SOLUTIONS, INC.

## CERTIFICATE OF SERVICE

I certify that on the 30th day of July, 2012, I electronically filed the foregoing Answer to Purported Class Action Complaint on behalf of LexisNexis Risk Solutions, Inc. with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants:

>James A. Francis, Esquire
>David A. Searles, Esquire
>Erin A. Novak, Esquire
>FRANCIS & MAILMAN, P.C.
>Land Title Building, 19th Floor
>100 South Broad Street
>Philadelphia, PA 19110
>
>Sharon M. Dietrich, Esquire
>Brendan Lynch, Esquire
>COMMUNITY LEGAL SERVICES, INC.
>1424 Chestnut Street
>Philadelphia, PA 19102
>
>Attorneys for Plaintiff and the Class

/s/ Sharon F. McKee
Sharon F. McKee