IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN GIDDIENS, | : | CIVIL ACTION |
| *ON BEHALF OF HIMSELF AND* | : | |
| *ALL OTHERS SIMILARLY SITUATED*, | : | |
| | : | |
| v. | : | |
| | : | |
| LEXISNEXIS RISK SOLUTIONS, INC. | : | NO. 12-cv-2624 |

## ORDER

AND NOW, this 16th day of May 2014, upon consideration of Plaintiff's informal communication requesting an extension of time to finalize a proposed class settlement, it is hereby ORDERED that the request is APPROVED and Plaintiff shall file his Motion for Preliminary Approval of Class Action Settlement on or before June 27, 2014. Further, we VACATE the prior briefing schedule. (Doc. No. 34.)

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis J.