UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN GIDDIENS,<br>on behalf of himself and all others<br>similarly situated<br><br>　　　　　Plaintiff,<br>　v.<br><br>FIRST ADVANTAGE LNS SCREENING<br>SOLUTIONS, INC. F/KA LEXISNEXIS<br>SCREENING SOLUTIONS, INC.<br><br>　　　　　Defendant. | CLASS ACTION<br><br>C.A. No.  12-2624 |

**PLAINTIFF'S UNCONTESTED MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT AND NOTICE TO CLASS**

Pursuant to Fed. R. Civ. P. 23(c) and Eastern District Local Rule 23.1, and for the reasons set forth more fully in the attached Memorandum of Law, Plaintiff John Giddiens moves the Court for an Order preliminarily approving the settlement of this class action, approving the form and method for providing class-wide notice and scheduling a hearing at which the following will be considered: request for final approval of the proposed settlement, entry of the Final Judgment and Order and Plaintiff's request for approval of agreed-upon attorney's fees and costs.

Defendant does not contest the requested relief.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: July 9, 2014　　　　　　　**FRANCIS & MAILMAN, P.C.**

　　　　　　　　　　　BY:　/s/  James A. Francis
　　　　　　　　　　　　　　JAMES A. FRANCIS
　　　　　　　　　　　　　　JOHN SOUMILAS
　　　　　　　　　　　　　　DAVID A. SEARLES
　　　　　　　　　　　　　　LAUREN KW BRENNAN
　　　　　　　　　　　　　　Land Title Building, 19th Floor
　　　　　　　　　　　　　　100 South Broad Street
　　　　　　　　　　　　　　Philadelphia, PA 19110
　　　　　　　　　　　　　　(215) 735-8600

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of July, 2014, a true and correct copy of the foregoing has been filed electronically and is available for viewing and downloading from the federal courts' Electronic Cases Files system. A copy of the foregoing has been served on counsel of record via the ECF system.

*s/ David A. Searles*
David A. Searles