IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN GIDDIENS, | : | CIVIL ACTION |
| *ON BEHALF OF HIMSELF AND* | : | |
| *ALL OTHERS SIMILARLY SITUATED*, | : | |
| | : | |
| v. | : | |
| | : | |
| LEXISNEXIS RISK SOLUTIONS, INC. | : | NO.  12-cv-2624 |

ORDER

AND NOW, this 18th day of July 2014, upon consideration of Plaintiff's Uncontested Motion for Preliminary Approval of Class Action Settlement and Notice to Class (Doc. No. 38), it is hereby ORDERED that:

1. Paragraph 3.4.3(d) is STRICKEN from the Settlement Agreement because this Court concludes that settlement class members do not need to make themselves available for depositions in order to file written objections.

2. The Settlement Agreement is preliminarily APPROVED in all other respects. Pursuant to Federal Rule of Civil Procedure 23(a) and 23(b)(3), we provisionally certify a class, as defined in the Settlement Agreement, for settlement purposes only.  Further, Defendant First Advantage LNS Screening Solutions, Inc. f/k/a LexisNexis Screening Solutions, Inc. is authorized to retain McGladrey LLP as Settlement Administrator.

3. A hearing to determine if the Settlement Agreement is "fair, reasonable, and adequate" pursuant to Federal Rule of Civil Procedure 23(e) shall be held on Wednesday, November 5, 2014, at 9:30 a.m. in Courtroom 6A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.

4. The parties shall provide a preliminary notice of settlement to settlement class members in the form and manner described in the Settlement Agreement and its exhibits.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis J.