UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN GIDDIENS,<br>on behalf of himself and all others<br>similarly situated<br><br>          Plaintiff,<br>v.<br><br>FIRST ADVANTAGE LNS SCREENING<br>SOLUTIONS, INC, F/K/A LEXISNEXIS<br>RISK SOLUTIONS, INC.<br><br>          Defendant. | C.A. No. 12-cv-02624-LDD<br><br>CLASS ACTION |

**PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND
REIMBURSEMENT OF EXPENSES**

Plaintiff John Giddiens hereby moves this Court for an award of attorneys' fees and costs, as prevailing party in this class action settlement under the Fair Credit Reporting Act.

The reasons supporting this Motion are set forth in the accompanying Memorandum of Law and Appendices.

Dated: November 21, 2014        Respectfully submitted,

        **FRANCIS & MAILMAN, P.C.**

        */s/ James A. Francis*
        JAMES A. FRANCIS
        JOHN SOUMILAS
        DAVID A. SEARLES
        LAUREN KW BRENNAN
        100 South Broad Street, 19th Floor
        Philadelphia, PA 19110
        (215) 735-8600

        Sharon M. Dietrich
        Brendan Patrick Lynch
        COMMUNITY LEGAL SERVICES, INC.
        1424 Chestnut St.

Philadelphia, PA 19102

**CERTIFICATE OF SERVICE**

     I, **JAMES A. FRANCIS**, do hereby certify that, on this date, I caused a true and correct copy of the foregoing to be served via the Court's ECF Notification system upon all counsel of record.

                                            */s/ James A. Francis*
                                            JAMES A. FRANCIS

Dated:  November 21, 2014