IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN GIDDIENS,                              :              CIVIL ACTION
*ON BEHALF OF HIMSELF AND*                  :
*ALL OTHERS SIMILARLY SITUATED*,            :
                                            :
          v.                                :
                                            :
LEXISNEXIS RISK SOLUTIONS, INC.             :              NO.  12-cv-2624

ORDER

AND NOW, this 18th day of December 2014, it is hereby ORDERED that the parties are directed to file any redacted exhibits relating to Plaintiff's Motion For Final Approval of Class Action Settlement (Doc. No. 44) on or before Friday, December 26, 2014.

BY THE COURT:

/s/ Legrome D. Davis
Legrome D. Davis J.